**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00059-REB-BNB

DAVID MCLEOD,

    Plaintiff,

v.

PIONEER GROUP, INC., d/b/a BRONCO BILLY'S LTD.,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of the United States Magistrate Judge** [#5], filed May 31, 2005, recommending that I dismiss this action pursuant to **D.C.COLO.LCivR 41.1** for failure to prosecute, failure to comply with an order of the court, and failure to comply with the Federal Rules of Civil Procedure.

Because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Hall v. Belmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). No objections have been filed to the recommendation. Absent objections to the recommendation, I am vested with discretion to review the recommendation under any standard the court deems to be appropriate. ***See, e.g., Summers v. Utah***, 927 F.2d 1165, 1167 (10th Cir. 1991). The recommendation is supported by the record and apposite law. Therefore,

I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law and recommendation proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED as follows:**

1. That the **Amended Recommendation of the United States Magistrate Judge** [#5], filed May 31, 2005, **IS ADOPTED** as an order of the court; and

2. That this action **IS DISMISSED**.

Dated July 15, 2005, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**